UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMMAR HARRIS,<br><br>  Plaintiffs,<br><br>  v.<br><br>F. DREESEN, et al.,<br><br>  Defendants. | Case No. 2:22-cv-01231-JAD-EJY<br><br>**ORDER** |

   Pending before the Court is Plaintiff's Motion for Settlement Conference.  ECF No. 42.

   IT IS HEREBY ORDERED that the Motion for Settlement Conference (ECF No. 42) is DENIED without prejudice.

   IT IS FURTHER ORDERED that counsel for Defendants **must** arrange a date and time to speak with Plaintiff by telephone for purposes of considering whether a settlement conference is an appropriate use of judicial resources.  The telephone conference **must** occur **no later than August 19, 2023**.

   IT IS FURTHER ORDERED that after the parties meet and confer for purposes of discussing whether a settlement conference will be fruitful, the parties are to file either a stipulation representing their agreement to proceed with a settlement conference or individual status reports in which each party provides the Court with his/their position regarding the potential for resolution through a court sponsored conference.  The stipulation or individual status reports are due **no later than August 31, 2023**.

   Dated this 26th day of July, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1