UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ammar Harris,<br><br>　　　Plaintiff<br><br>v.<br><br>F. Dreesen, et al.,<br><br>　　　Defendants | Case No.: 2:22-cv-01231-JAD-EJY<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 61] |

Defendants move for a 17-day extension of their October 10, 2023, deadline to respond to the plaintiff's motion for summary judgment,[1] explaining that counsel's overwhelming caseload prevents them from completing a proper response within the currently scheduled deadline.[2] The plaintiff opposes the motion. However, as the court finds good cause for a brief, single 17-day extension, and it is the good-cause standard that applies to this timely request to extend this deadline that was imposed by court rule, IT IS ORDERED that the motion to extend the deadline **[ECF No. 61] is GRANTED**. **Defendants' deadline to respond to plaintiff's motion for summary judgment [ECF No. 57] is now October 27, 2023.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　October 16, 2023

---

[1] ECF No. 57.
[2] ECF No. 61.